The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESSEX INSURANCE COMPANY, a Delaware Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFIC COMPONENTS, INC., a Washington corporation, ABSHER CONSTRUCTION COMPANY, a Washington joint venture, and SEATTLE HOUSING AUTHORITY, a Washington municipal corporation,<br><br>    Defendants. | No. C09-0541<br><br>DEFENDANT SEATTLE HOUSING AUTHORITY'S ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM |

COMES NOW Defendant Seattle Housing Authority, (hereinafter "SHA") by and through its counsel of record, Foster Pepper PLLC and answers Plaintiff's Essex Insurance Company's (hereinafter "Essex") Complaint For Declaratory Judgment, paragraph by paragraph, and asserts its affirmative defenses, and a counterclaim against Essex as follows:

**I.    PARTIES**

1.1    Defendant SHA is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1.1 and therefore denies them.

1.2    Defendant admits the allegations in paragraph 1.2.

1.3    Defendant admits the allegations in paragraph 1.3.

DEFENDANT SEATTLE HOUSING AUTHORITY'S ANSWER,
AFFIRMATIVE DEFENSES, AND COUNTERCLAIM - 1
Case No. C09-0541

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

50988373.2

1.4     Defendant admits the allegations in paragraph 1.4.

1.5     Defendant admits the allegations in paragraph 1.5.

## II.     JURISDICTION AND VENUE

2.1     Defendant SHA is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2.1 and therefore denies them.

2.2     Defendant SHA is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2.2 and therefore denies them.

2.3     Defendant SHA is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2.3 and therefore denies them.

## III.     FACTS

3.1     <u>Suits</u>.

(a)     Defendant admits the allegations in paragraph 3.1(a).

(b)     Defendant SHA admits that the NewHolly Homeowners' Association's ("NHHA") Complaint referred to in paragraph 3.1(b) speaks for itself. To the extent the Complaint is incorrectly cited, or NHHA's allegations are incorrectly cited, paragraph 3.1(b) is denied. All allegations not expressly admitted are denied.

3.2     <u>Tender</u>. Defendant SHA is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding Pacific Components, Inc.'s (hereinafter "PCI") tender of defense in the SHA suit to Essex, or that Essex is defending PCI under a full reservation of rights. Defendant SHA admits that it tendered its defense in the NHHA suit to Essex and that Essex has denied coverage and denied any duty to defend in the NHHA suit. All allegations not expressly admitted are denied.

3.3     Defendant SHA is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3.3 and therefore denies them.

DEFENDANT SEATTLE HOUSING AUTHORITY'S ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM - 2
Case No. C09-0541

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

50988373.2

3.4     Defendant SHA is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3.4 and therefore denies them.

### IV.     CLAIM FOR RELIEF

4.1     Defendant SHA is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4.1 and therefore denies them.

4.2     Defendant SHA is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4.2 and therefore denies them.

4.3     Defendant SHA is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4.3 and therefore denies them.

(a)     Defendant SHA is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4.3(a) – (r), and therefore denies them.

4.4     Defendant SHA is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 4.4 (a) – (c), and therefore denies them.

### V.     AFFIRMATIVE DEFENSES

By way of further answer to the Complaint and without waiving any allegations previously denied, SHA asserts the following defenses and affirmative defenses:

5.1     Essex's action may be premature with respect to certain claims against certain parties, in which case it would fail to present a justiciable controversy.

5.2     Essex has failed to state a claim upon which relief may be granted.

5.3     Essex's claims are barred under the doctrine of waiver, estoppel, and/or laches.

5.4     Essex's claims are barred under the doctrine of unclean hands.

5.5     Essex has failed to satisfy one or more conditions precedent to the filing of its claim, as imposed by applicable state law.

5.6     Essex has breached the contract it purportedly seeks to enforce.

DEFENDANT SEATTLE HOUSING AUTHORITY'S ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM - 3
Case No. C09-0541

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

50988373.2

5.7     To the extent Essex attempts to invoke limitations or restrictions set forth in policy provisions contained in renewal policies but not prior policies issued to PCI or SHA, Essex failed to give adequate written explanation to PCI or SHA, pursuant to RCW 48.18.2901(2) and the common law, of such limitations or restrictions alleged to reduce coverage.

5.8     Essex's claims rely upon alleged facts extrinsic to the complaint against the SHA in the underlying suit that may not be considered in determining whether Essex has a duty to defend SHA against the claims asserted in the underlying suit.

5.9     SHA reserves the right to allege additional affirmative defenses based upon future litigation and discovery in this action.  Nothing contained in this Answer should be construed as a waiver of any such additional defenses.

## VI.     SHA'S COUNTERCLAIM

By way of further answer to the Complaint and without waiving their denial of any allegations made in the Amended Complaint, SHA asserts the following counterclaim against Essex.

### FIRST COUNTERCLAIM: DECLARATORY JUDGMENT/DAMAGES CLAIM

6.1     SHA incorporates herein by reference so much of the other portions of this pleading as is not inconsistent with this first counterclaim.

6.2     Washington insurance law entitles SHA to a declaratory judgment that Essex is obligated to defend, potentially indemnify, and fund a reasonable settlement on behalf of SHA in the underlying NHHA suit.

6.3     To the extent Essex does not agree to satisfy its coverage obligations and/or pay such amounts, SHA is entitled to an award of damages from Essex equal to the full unpaid cost

DEFENDANT SEATTLE HOUSING AUTHORITY'S ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM - 4
Case No. C09-0541

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400   FAX (206) 447-9700

50988373.2

of defending against the underlying suit, settling those suits, and potentially the full amount of an adverse judgment entered in those suits. The specific amount of damages will be proven at hearing or trial.

6.4     SHA reserves the right to amend this pleading to add a bad faith counterclaim based on improper actions subsequently taken by Essex– for example, to the extent Essex conducts this litigation in a manner that threatens to prejudice the defense of the underlying suit.

## VII.     REQUEST FOR RELIEF

Defendant SHA requests that the Court:

A.     Dismissal of Essex's Complaint and denial of all relief requested therein by Essex;

B.     A judgment declaring that Essex is obligated to provide a defense, settlement funding, and potentially indemnification in the underlying suit, and that accordingly Essex is obligated to pay SHA monetary damages resulting from Essex's failure to provide that coverage, including but not limited to the full unpaid cost of such defense, settlement, and/or potentially a judgment entered in that suit, in an amount to be proven at hearing or trial;

C.     A judgment awarding SHA the monetary damages to which it is entitled on its counterclaim;

D.     A judgment awarding SHA costs and attorney fees to the full extent allowed by law (e.g., pursuant to the *Olympic Steamship* doctrine);

E.     Prejudgment and postjudgment interest on the above amounts to the full extent allowed by law;

F.     Permission to amend this pleading to conform to proof obtained through discovery and trial; and

DEFENDANT SEATTLE HOUSING AUTHORITY'S ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM - 5
Case No. C09-0541

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400   FAX (206) 447-9700

50988373.2

G. Such other relief as this Court deems just and equitable.

DATED this 13th day of May, 2009.

FOSTER PEPPER PLLC

*/s/ Colm P. Nelson*
Edward R. Coulson, WSBA No. 14014
Colm P. Nelson, WSBA No. 36735
Attorneys for Defendant, Seattle Housing Authority

DEFENDANT SEATTLE HOUSING AUTHORITY'S ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM - 6
Case No. C09-0541

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

50988373.2

# DECLARATION OF SERVICE

I, Colleen Hickman, state that I am a citizen of the United States of America and a resident of the State of Washington, I am over the age of twenty one years, I am not a party to this action, and I am competent to be a witness herein. I electronically filed the **DEFENDANT SEATTLE HOUSING AUTHORITY'S ANSWER TO PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following parties who have appeared in this action as of today's date:

- **Jaime Drozd Allen**
  jallen@omwlaw.com

- **Lee Corkrum**
  lcorkrum@omwlaw.com,sbordeaux@omwlaw.com

- **Michael P Grace**
  mgrace@groffmurphy.com,sdamianick@groffmurphy.com

- **Michael J Murphy**
  mmurphy@groffmurphy.com,brusso@groffmurphy.com

- **Douglas Kenneth Weigel**
  dweigel@floyd-ringer.com,ebeck@floyd-ringer.com

There are no other parties who have appeared in this action as of today's date that need to be served manually.

I DECLARE under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 13th day of May, 2009.

_Colleen Hickman_
Colleen Hickman

DEFENDANT SEATTLE HOUSING AUTHORITY'S ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM - 7
Case No. C09-0541

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

50988373.2